UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM SPIESS, KASHEEN THOMAS, GENE THOMAS, II, JALEEL HOLDEN and JOSE LACEN, | : : : : : | |
| Plaintiffs, | : : | No. 3:10-CV-287 |
| vs. | : : | |
| POCONO MOUNTAIN REGIONAL POLICE DEPARTMENT, et al., | : : : | |
| Defendants. | : | |

**PLAINTIFFS' MOTION TO STRIKE EXHIBITS FILED BY
THE POCONO MOUNTAIN DEFENDANTS IN SUPPORT OF
THEIR MOTIONS FOR SUMMARY JUDGMENT**

For the reasons set forth in the supporting brief filed contemporaneously herewith, Plaintiffs William Spiess, Kasheen Thomas, Gene Thomas, II, Jaleel Holden and Jose Lacen (collectively, "Plaintiffs"), by their undersigned counsel, hereby move this Honorable Court for an order striking Exhibits "N", "O" and "R" submitted in support of the motions for summary judgment filed by Defendants Pocono Mountain Regional Police Department, Pocono Mountain Regional Police Commission, Harry Lewis, Richard Lutchke, Chris Wagner, John Bohrman and Lucas Bray. A proposed Order is also filed contemporaneously herewith in accordance with the Local Rules of this Court.

Respectfully submitted,

**WRIGHT & REIHNER, P.C.**

By: /s/ Frank J. Tunis, Jr.
George A. Reihner
Pa. ID No. 48419
Frank J. Tunis, Jr.
Pa. ID No. 84624
148 Adams Avenue
Scranton, PA  18503
(570) 961-1166
(570) 961-1199 – fax

Dated: August 23, 2012                Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

    I, Frank J. Tunis, Jr., hereby certify that I have caused to be served on this day a true and correct copy of Plaintiffs' Motion To Strike upon counsel of record via this Court's electronic filing system.

/s/ Frank J. Tunis, Jr. _____
Frank J. Tunis, Jr.

Dated:  August 23, 2012