# UNITED STATES DISTRICT COURT
## for the
## MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM SPIESS; KASHEEN THOMAS;
GENE THOMAS, II;
JALEEL HOLDEN, and JOSE LACEN,
       Plaintiffs

CIVIL ACTION NO: **3:10cv287**

v.

POCONO MOUNTAIN REGIONAL
POLICE DEPARTMENT;
TOBYHANNA TOWNSHIP; MOUNT
POCONO BOROUGH;
TUNKHANNOCK TOWNSHIP;
COOLBAUGH TOWNSHIP; CHIEF
HARRY W. LEWIS; RICHARD
W. LUTHCKE; JOHN P. BOHRMAN;
LUCAS BRAY; CHRIS WAGNER;
MONROE COUNTY; A.D.A. MICHAEL
RAKACZEWSKI; DET. WENDY
BENTZONI and POCONO
MOUNTAIN REGIONAL POLICE
COMMISSION,
       Defendants

## JUDGMENT IN A CIVIL ACTION

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict on _____

[X] **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    JUDGMENT be and is hereby entered in favor of the Defendants, Monroe County, Chief Harry W. Lewis, Pocono Mountain Regional Police Commission, Coolbaugh Township, Mount Pocono Borough, Pocono Mountain Regional Police Department, Tobyhanna Township, and Tunkhannock Township and against the Plaintiffs, William Spiess, Kasheen Thomas, Gene Thomas, II, Jaleel Holden and Jose Lacen.

MARY E. D'ANDREA
Clerk of Court

March 26, 2013
Date

Deputy Clerk